# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSE M. SHIREY, and<br>RHONDA D. BROWN; | : | CIVIL ACTION - LAW |
| | : | NO. No. 2:12-cv-00740-GLL |
| Plaintiffs, | : | |
| v. | : | |
| SHEETZ, INC., a business corporation | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, to-wit, this **22** day of January, 2013, it is hereby ORDERED, ADJUDGED and DECREED that the above captioned matter is dismissed with prejudice

By the Court:

_____ J.